**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joseph Alen Barnes, Jr.,

      Petitioner,

v.

Clay County Correctional Facility,

      Respondent.

Case No. 25-CV-3794 (JMB/DLM)

**ORDER**

Joseph Alen Barnes, Jr., self-represented.

Brian Joseph Melton, Clay County Attorney's Office, Moorhead, MN; and Lisa Lodin and Thomas R. Ragatz, Office of the Minnesota Attorney General, St. Paul, MN; for Respondent Clay County Correctional Facility.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko dated June 1, 2026.  (Doc. No. 9.)  The R&R recommends that Petitioner Joseph Alen Barnes, Jr.'s habeas petition be denied and that this matter be dismissed without prejudice.  (*See* Doc. No. 1.)  Neither party has objected to the R&R, and the time to do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.    The R&R (Doc. No. 9) is ADOPTED.

    2.    The Petition (Doc. No. 1) is DENIED.

3.      This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: June 30, 2026                          /s/ *Jeffrey M. Bryan*
                                              Judge Jeffrey M. Bryan
                                              United States District Court